## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MATTHEW A. TOBIN,

    *Plaintiff*,

v.                                                            Case No.: 3:25cv642-MW/HTC

OFFICER GRAY, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7. Plaintiff's objections do not call into doubt the Magistrate Judge's recommendation that Plaintiff's claims are due to be dismissed under 28 U.S.C. § 1915(g) because his allegations do not give rise to the imminent-harm exception. Instead, this Court agrees with the Magistrate Judge that Plaintiff's allegations are conclusory or concern past events, and thus, insufficient to permit Plaintiff to proceed as a three-striker without paying the filing fee. *See O'Connor v. Sec'y, Fla. Dept. of Corrs.*, 732 F. App'x 768 (11th Cir. 2018).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion, The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who has not paid the filing fee and has not sufficiently alleged he is under imminent danger of serious physical injury." Plaintiff's pending motions, ECF No. 3 and 11, are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on July 24, 2025.**

s/Mark E. Walker  
**United States District Judge**
